**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000897**
**01-NOV-2024**
**07:53 AM**
**Dkt. 346 OAWST**

NO. CAAP-17-0000897

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ALBERT K. NAPOLEON; SHERMAN U. NAPOLEON; EBEN S.K. NAPOLEON; ROGER W.S.M. NAPOLEON, Plaintiffs-Appellees, v. DAVID KAWALUNA KAILIWAI; JEROME AUWAE; JANET AWAI; VICTORIA BAIELY; MARY CLEMENTE; GEORGE KAILIWAI, JR.; ZALEI KAMAILE; HARRIET MAHOE; IVON OHELO; KENNETH PHILLIPS; CHARLEEN TINAO; GLADYS TODD; EVANS YOUNG; SHARON YOUNG; WARREN YOUNG; LLOYD YOUNG, JR.; CHRIS YOUNG, SR., and NELLIE KAMAILE, Defendants-Appellants, and STATE OF HAWAI'I, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 92-0786(1))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Defendants-Appellants Kailiwai et al., Plaintiff-Appellee Roger W.S.M. Napoleon, Defendants-Appellees Kunuiakea Family and Defendants-Appellees State of Hawaii's Stipulation to Dismiss Appeal (Stipulation), filed October 28, 2024, by Defendants-Appellants Kailiwai, et al., the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, November 1, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge